IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CATHERINE L. LINDERMAN, M.D. | |
| Plaintiff, | Civ. No. 1:12-cv-1703-TC |
| v. | ORDER |
| VONA HUGGINS NICHOLS, aka VONA E. HUGGINS; STONEWALL FARMS LLC; And DAVID CAINS, individually and d.b.a. STONEWALL FARM ARABIANS, | |
| Defendants. | |

MCSHANE, Judge:

Defendants Stonewall Farm LLC ("Stonewall"), Stonewall Farm Arabians, LLC, and David Cains ("Cains"), in his individual capacity and as doing business as Stonewall Farm

1 – OPINION AND ORDER

Arabians (hereinafter referred to collectively as "The Stonewall Defendants") filed motions to dismiss for lack of personal jurisdiction and improper venue, or in the alternative, a motion to transfer venue to Arizona on September 18, 2013 [#48]. Magistrate Judge Coffin filed his Findings and Recommendation on the Stonewall Defendants' motions on November 12, 2013 [#60]. The matter is now before me. See 28 U.S.C. § 636 and Fed. R. Civ. P. 72(b).

No objections to Judge Coffin's Findings and Recommendation have been filed. This relieves me of my obligation to give de novo review to the *factual* findings made by the Magistrate Judge. *Lorin Corp. v. Goto & Co., Ltd.*, 700 F.2d 1202, 1206 (9th Cir.1982). See also *Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

Having now also reviewed the *legal* principles in this matter de novo, I find no error. THEREFORE, IT IS HEREBY ORDERED that, **I adopt Magistrate Judge Coffin's Findings and Recommendation** [#60] as follows:

Defendants' motion to dismiss for lack of personal jurisdiction is **denied**.

Defendants' motion to dismiss for improper venue is **denied**.

Defendants' alternative motion to transfer venue to Arizona is **denied**.

IT IS SO ORDERED.

DATED this 16th day of December, 2013.

                                                          **Michael J. McShane**
                                                          **United States District Judge**

2 – OPINION AND ORDER