IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CATHERINE L. LINDERMAN, M.D.,<br><br>    Plaintiff,<br><br>v.<br><br>VONA HUGGINS NICHOLS, aka VONA E. HUGGINS; STONEWALL FARMS LLC; And DAVID CAINS, individually and d.b.a. STONEWALL FARM ARABIANS,<br><br>    Defendants. | Civ. No. 1:12-cv-1703-TC<br><br>ORDER |

MCSHANE, Judge:

    Magistrate Judge Thomas M. Coffin filed a Findings and Recommendation (ECF No. 112), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although neither party filed objections, I reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude it is correct.

1 – OPINION AND ORDER

THEREFORE, IT IS HEREBY ORDERED that, Magistrate Judge Coffin's Findings and Recommendation (ECF No. 112) is adopted in its entirety. Accordingly, Defendant's Motion for Summary Judgment (ECF No. 91) is granted in part and denied in part, as set forth in Judge Coffin's Findings and Recommendation (ECF No. 112).

IT IS SO ORDERED.

DATED this 12th day of January, 2015.

                                                **Michael J. McShane**
                                                **United States District Judge**